USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                    :
KERY MASTERS,                                                       :
                                                                    :
                           Plaintiff,                              :        ORDER
                                                                    :
             -against-                                              :
                                                                    :        26-cv-1432 (NSR)
PEPSICO, INC.                                                       :
                                                                    :
                           Defendant.                              :
----------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

Plaintiff Kerry Masters ("Plaintiff") commenced this action by filing a Motion for Preliminary Injunction (the "Motion") on February 19, 2026.  (ECF No. 5.)  Plaintiff seeks an order from the Court enjoining Defendant PepsiCo, Inc. ("PepsiCo") from excluding Plaintiff's shareholder proposal from the proxy materials that will be distributed to PepsiCo shareholders in advance of its 2026 annual shareholder meeting.  (*Id.*)

In light of the expedited nature of this action, the Court directs Plaintiff to serve his motion papers on PepsiCo by overnight certified mail, provide proof of service on the docket, and complete service by February 24, 2026, at 12:00 p.m.  PepsiCo is then directed to file opposition papers to the Motion by February 27, 2026, at 12:00 p.m.  The Court will then conduct an in-person hearing concerning the Motion on March 2, 2026, at 11:00 a.m.

Dated: February 20, 2026                                    SO ORDERED
       White Plains, New York

                                                  _____
                                                      Hon. Nelson S. Roman
                                                      U.S. District Court, S.D.N.Y.