UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/25/2026
```

-------------------------------------------------------------:

KERRY MASTERS,                                          :

                                              :

                          Plaintiff,   :                        No. 26 CV 1432 (NSR)

                                                :

          -against-                            :                          **ORDER**

                                                :

PEPSICO, INC.,                                          :

                          Defendant.   :

------------------------------------------------------- :

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties anticipate filing a joint notice of voluntary dismissal. (ECF No. 15.) Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the voluntary dismissal not be consummated within forty-five (45) days of the date hereof. Any pending motions are DISMISSED as moot, and all conferences, including the Show Cause hearing scheduled for March 2, 2026, are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter, they must submit the joint notice of voluntary dismissal to the Court within the next forty-five (45) days with a request that the agreement be "so ordered" by the Court.

Dated:    February 25, 2026                   SO ORDERED:
            White Plains, NY

                                                _____
                                               NELSON S. ROMÁN
                                       United States District Judge